FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 SEP -5 PM 1: 31

CLERK'S OFFICE
AT BALTIMORE

BY_____

_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Rene Ramsey

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Broadway Service INc,
INcorporated

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. **GLR 18 CV 2735**

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
            *(check one)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      Rene Ramsey

Street Address      3117 E. Preston Street

City and County      Baltimore

State and Zip Code      Maryland 21213

Telephone Number      443 986-7535

E-mail Address      N/A

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name      Broadway Service INC.

Job or Title (if known)      Incorporated

Street Address      3709 E. Monument St.

City and County      Baltimore

State and Zip Code      Maryland 21213

Telephone Number      410 563-6900

E-mail Address (if known)     

2

Defendant No. 2

Name     Broad way service Inc

Job or Title     Incorporated
(if known)

Street Address     3709 E. monument st.

City and County     Baltimore

State and Zip Code     Maryland, 21213

Telephone Number     410 563-6900

E-mail Address
(if known)

Defendant No. 3

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

Defendant No. 4

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

*(If there are more than four defendants, attach an additional page
providing the same information for each additional defendant.)*

3

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question                      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

My Civil Right Law Protect Against Retaliation

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

III.    **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

ON April 26-2016 I WAS Working AT The aSThmA ANd Allergy Building ASA Supervisor AT 2:15 I Went IN The STock Room To Change my Mop ANd WaTer To CleAN ANd mop The CAfeTerA. I hAS Some Paper To PuT IN my Locker When I CAme BACK To The Stock Room my mANNer Jesses SNowend was IN The STock-Room I NOTice my mop BuckeT was gone I Ask Mr SNowend did he See my mop BuckeT he SAid NO. I ASK Mr SNowend Could he ASk The NighT Crew NOT To puT TRASh IN The Trash CAN AFter 4 oclock MR SNowend SAid to me My Co. Worker ANd ANy oNe else CAN puT Trash IN The CAN. SO I SAid To him ThAT I will Emply The Thash AT the ENd oF The dAy. So he Told me To go Home. The NexT day he gave me five day oFF. MAY 4-2016 I was TerminATed he SAid I ReFuL To Emply The Trash ON April 26-2016 Mr SNowend did NOT ASk me To. Emply ANy TRASh I was NOT IN SuborliNATion To my mANNer. My mANNer MR SNowend Lie IN RetALiATion

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I'm Asking For Lost wages $20.000
Punitive money about $10.000 Emotional Pain suffer.y
This was ExTheme And ouTTageous Conduct.
And it was INTewTional I SuFFer with HeaTaches
ChesT PAin. SomeTime ShorTwess oF breath.
LACK oF ENergy HArT To Sleep, FeeLing depression

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9 - 5 - , 20 - 18

Signature of Plaintiff      Rene Ramsey
Printed Name of Plaintiff   Rene Ramsey

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.   For Attorneys

Date of signing: _____, 20__.

Signature of Attorney      _____
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____
Address                    _____
Telephone Number           _____
Email Address              _____

8