UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**GEORGE L. RUSSELL, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

April 30, 2019

MEMORANDUM TO PARTIES RE:     Rene Ramsey v. Broadway Service Incorporated
                                                          Civil Action No. GLR-18-2735

Dear Parties:

       Pending before the Court is Plaintiff Rene Ramsey's Motion for Reconsideration. (ECF No. 10). Upon consideration, the Ramsey's Motion will be denied.

       Rules 59(e) and 60(b) govern motions to reconsider final judgments. See Fayetteville Inv'rs v. Commercial Builders, Inc., 936 F.2d 1462, 1469 (4th Cir. 1991). Rule 59(e) controls when a party files a motion to alter or amend within twenty-eight days of the final judgment. Bolden v. McCabe, Weisberg & Conway, LLC, No. DKC 13-1265, 2014 WL 994066, at *1 n.1 (D.Md. Mar. 13, 2014). If the Motion is filed later, Rule 60(b) controls. Id. Ramsey filed his Motion thirty days after the January 14, 2019 judgment in this case, so Rule 60(b) controls here. Under Rule 60(b), a district court may relieve a party from a final judgment under a limited set of circumstances, including "mistake, inadvertence, surprise, or excusable neglect," "newly discovered evidence," and "fraud." Fed.R.Civ.P. 60(b)(1)–(3). Rule 60(b) does not authorize a motion merely for reconsideration of a legal issue. United States v. Williams, 674 F.2d 310, 312 (4th Cir. 1982).

       In his Motion, Ramsey argues that the Court dismissed his Complaint based on wrong information, without providing any specifics, and otherwise attempts to reiterate his claim. Because Ramsey does not present any Rule 60 grounds, and for the reasons stated in the Court's January 14, 2019 Order, (see ECF No. 9), Ramsey's Motion is DENIED.

       Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly and mail a copy to Ramsey at his address of record.

                                                     Very truly yours,

                                                     /s/
                                                     _____
                                                     George L. Russell, III
                                                     United States District Judge